E. OSBORNE SMITH, INC., Respondent, v. MYER WEISS, Appellant.— The complaint in this action for a brokerage commission alleged, and the plaintiff's case was tried and submitted to the jury on the theory that defendant, the purchaser, agreed that if he purchased certain real property he would cause said property to be purchased through the plaintiff as broker, so that plaintiff would be enabled to earn and receive from the seller a commission of $5,000. The evidence failed to support this allegation and theory. Accordingly, the judgment for plaintiff must be reversed, with costs, and the complaint dismissed, with costs. Judgment unanimously reversed, with costs, and the complaint dismissed, with costs. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MARGARET RAND, as Administratrix of the Estate of MATTHEW CONROY, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict of the jury was contrary to the weight of the credible evidence. Asserted errors in admission of evidence and in the charge of the court need not be considered as they are not likely to recur at a new trial. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

FRANK AMON et al., Respondents-Appellants, v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers'. Building and Common Laborers' Union of America, et al., Appellants-Respondents, et al., Defendants. PATRICK DOHERTY, as Treasurer of Compressed Air, Foundation, Caisson, Tunnel, Subway, Sewer, Cofferdam Construction Local Union No. 147 of New York, New Jersey States and Vicinities, et al., Respondents-Appellants, v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al., Appellants-Respondents, et al., Defendants.— Orders, so far as appealed from, unanimously affirmed. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 1014.]

JOHN J. MILLER et al., Respondents, v. JOSEPH V. MORESCHI, as President of International Hod Carriers', Building and Common Laborers' Union of America, et al., Appellants, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $10 costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 1015.]

ROBERT JACOB, INC., Respondent, v. MERCHANTS NATIONAL BANK & TRUST COMPANY, Defendant. NORMAN R. WILLIAMS, Appellant, v. MERCHANTS NATIONAL BANK & TRUST COMPANY OF SYRACUSE, Defendant. NORMAN R. WILLIAMS, Appellant, v. EMIL HEIMAN et al., Respondents.— Order entered November 15, 1945, unanimously modified by striking out the provision that the consolidated action shall be tried in the county of New York and substituting therefor the provision that the said consolidated action shall be tried in Onondaga County, without prejudice to the right of Norman R. Williams to a trial by jury of the issues in said consolidated action, and as so modified affirmed, with $10 costs and disbursements to the appellant. Order entered December 22, 1945, denying a motion to change the venue to Onondaga County for the convenience of witnesses unanimously reversed, with $10 costs and disbursements to the appellant, and the motion granted. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.